AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Steele, John E. | 2. Court or Organization<br><br>District Court, Middle Florida | 3. Date of Report<br><br>10/26/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>**5b.** ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>2110 First Street, Ste 6-109<br>Fort Myers, FL 33901 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-Employed, real estate/consultant; Baptist Health Sysstem pension |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Florida Bar | May 16-20, 2017 | Gainesville, Florida | Trial Advocacy Program Faculty | Room, meals |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 10/26/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | (Second Home/rental property) Home Equity Line of Credit | M |
| 2. | OCWEN | Mortgage on Investment Property #2 (Sandy), October, 2006 | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 10/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Second Home, Blowing Rock, N.C. May, 1988 $110,000 | D | Rent | M | R | | | | | |
| 2. Bank of America Accounts | A | Interest | K | T | | | | | |
| 3. Jax Fed Cr Un Acct | A | Interest | J | T | | | | | |
| 4. Abbott Labs common | A | Dividend | J | T | | | | | |
| 5. Disney common | A | Dividend | K | T | | | | | |
| 6. Merck common | A | Dividend | K | T | | | | | |
| 7. Public Storage common | A | Dividend | K | T | | | | | |
| 8. Home Depot common IRA | B | Dividend | M | T | | | | | |
| 9. Thermo Fisher common IRA | A | Dividend | J | T | | | | | |
| 10. Fidelity IRA #1 cash reserves (LMS) | A | Interest | K | T | Redeemed (part) | 04/27/17 | J | A | |
| 11. Gabelli Eq Tr IRA | A | Dividend | J | T | | | | | |
| 12. Franklin Templeton Mutual Series Shares Class Z IRA | A | Dividend | K | T | | | | | |
| 13. Fidelity Spartan Money Mkt IRA | A | Interest | K | T | | | | | |
| 14. Fidelity IRA #2 cash reserves (JES) | A | Interest | K | T | Redeemed (part) | 05/31/17 | J | A | |
| 15. INVESCO Corp Bond Fund, IRA | A | Dividend | J | T | | | | | |
| 16. Fidelity Brokerage, cash acct | A | Interest | J | T | Redeemed (part) | 03/17/17 | J | A | |
| 17. Columbia Tax-Exempt Fund Z | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 10/26/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. T. Rowe Price Equity Income mutual | A | Dividend | K | T | | | | | |
| 19. Parnassus Fund (PARNX) | A | Dividend | K | T | | | | | |
| 20. Fidelity Diver Internat IRA | A | Dividend | K | T | | | | | |
| 21. Fidelity Short Term Bond IRA | A | Dividend | J | T | | | | | |
| 22. McDonalds common | A | Dividend | K | T | | | | | |
| 23. Lot, Blowing Rock, N.C., 1993, $15,000 | | None | J | R | | | | | |
| 24. CenturyLink | A | Dividend | J | T | | | | | |
| 25. Quantum Corp DDS IRA common | | None | J | T | | | | | |
| 26. Wells Fargo accounts | A | Interest | J | T | | | | | |
| 27. NVR common IRA | | None | K | T | | | | | |
| 28. Bed, Bath & Beyond common IRA | A | Dividend | J | T | | | | | |
| 29. North Fort Myers,Flinvest. Prop#2(Sandy), 12/7/05, $256,000, | D | Rent | N | R | | | | | |
| 30. Synovus Common | A | Dividend | J | T | | | | | |
| 31. VALIC IRA (H) | | | | | | | | | |
| 32. -VALIC Stock Index Fund | A | Dividend | K | T | | | | | |
| 33. -Vanguard Windsor II | A | Dividend | J | T | | | | | |
| 34. -VALIC Mid Cap Index | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 10/26/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -VALIC Small Cap Fund | A | Dividend | J | T | | | | | |
| 36.  -VALIC Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 37.  -VALIC Foreign Value | A | Dividend | J | T | | | | | |
| 38.  -VALIC Global Strategy | A | Dividend | J | T | | | | | |
| 39.  VALIC Fixed Account Plus | A | Dividend | J | T | | | | | |
| 40.  -VALIC High Yield Bond Fund | A | Dividend | J | T | | | | | |
| 41.  -VALIC Inflation Protected Fund | A | Dividend | J | T | | | | | |
| 42.  -VALIC Strategic Bond Fund | A | Dividend | J | T | | | | | |
| 43.  Bank of Am CD IRA | D | Interest | N | T | | | | | |
| 44.  Zagg, Inc. Common IRA | | None | J | T | | | | | |
| 45.  Corning Common IRA | A | Dividend | J | T | | | | | |
| 46.  Gabelli Utility Trust IRA | A | Dividend | J | T | | | | | |
| 47.  Thompson Bond Fund IRA | A | Dividend | J | T | | | | | |
| 48.  Fidelity New Markets Income IRA | A | Dividend | J | T | | | | | |
| 49.  Fidelity High Income IRA | A | Dividend | J | T | | | | | |
| 50.  Fidelity GNMA Fund IRA | A | Dividend | J | T | | | | | |
| 51.  CROCS Common IRA | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 10/26/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IEC Electronics Corporation Common IRA | | None | | | Sold | 05/03/17 | J | A | |
| 53. Abb Vie Common | A | Dividend | J | T | | | | | |
| 54. Herbalife Common | A | Dividend | K | T | | | | | |
| 55. Kadant, Inc. | | None | J | T | | | | | |
| 56. UnderArmour, Inc. IRA, common Cl A | | None | J | T | | | | | |
| 57. Starbucks Corp. IRA | A | Int./Div. | J | T | | | | | |
| 58. Total System Services, common | A | Int./Div. | J | T | | | | | |
| 59. Under Armour Inc. Cl C -spinoff from UnderArmour | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 10/26/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 17:  None of the transactions for Columbia are reportable because they do not reach the reportable threshold.

Line 31:  None of the transactions for VALIC are reportable because they do not reach the reportable threshold.

| Name of Person Reporting | Date of Report |
|---|---|
| Steele, John E. | 10/26/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John E. Steele**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544